UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMY THOMPSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHELDON THOMPSON, et al.,<br><br>　　　　　　Defendants. | No.  1:22-cv-00935-SKO<br><br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND CLOSE THE CASE<br><br>(Doc. 16) |

　　　　On April 27, 2023, Plaintiff filed a "Motion to Dismiss by Plaintiff." (Doc. 45.)  Because Plaintiff filed this "motion" before the opposing parties served either an answer or a motion for summary judgment, the Court construes the filing as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  As such, Plaintiff has voluntarily dismissed this matter without prejudice. *See id*.

　　　　Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court SHALL assign a district judge to this matter and thereafter CLOSE the case.

IT IS SO ORDERED.

Dated:  **May 1, 2023**　　　　　　　　　　　　*/s/ Sheila K. Oberto*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE